# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | 2:22-cr-098 |
| v. | : | JUDGE SARAH D. MORRISON |
| | : | |
| BRIAN R. CUNNINGHAM, et al. | : | |
| | : | |
| Defendants. | : | |

## UNITED STATES' NOTICE OF COMPLETED FORFEITURE

The United States of America respectfully notifies the Court that the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") completed the non-judicial (administrative) forfeiture of a portion of the property named in the Forfeiture Allegation of the Indictment (Doc. 18) returned in this case. More particularly, the ATF, in accordance with the law, administratively forfeited the following property (*see* Exhibit A):

| | | |
|---|---|---|
| fff) | A Glock 9mm Pistol, S/N AGGM399 | (ATF Item #75) |
| ggg) | A Glock 9mm Pistol, S/N AGGM398 | (ATF Item #77) |
| hhh) | A Glock 9mm Pistol, S/N BWHV619 | (ATF Item #79) |
| iii) | A Glock 9mm Pistol, S/N BWHV517 | (ATF Item #81) |
| jjj) | A Glock 9mm Pistol, S/N AGLZ396 | (ATF Item #83) |
| kkk) | A Glock 9mm Pistol, S/N AGLZ404 | (ATF Item #85) |
| lll) | A Glock 9mm Pistol, S/N AGLZ391 | (ATF Item #87) |
| mmm) | A Glock .40 Pistol, S/N BWHT656 | (ATF Item #89) |
| nnn) | A Taurus 9mm Pistol, S/N 1KA20319 | (ATF Item #91) |
| ooo) | A Taurus 9mm Pistol, S/N 1KA21029 | (ATF Item #93) |

| | | |
|---|---|---|
| ppp) | A Taurus 9mm Pistol, S/N 1KA21009 | (ATF Item #95) |
| qqq) | A Taurus 9mm Pistol, S/N 1KA19705 | (ATF Item #97) |
| rrr) | A Taurus 9mm Pistol, S/N 1KA20369 | (ATF Item #99) |
| sss) | A Taurus 9mm Pistol, S/N 1KA20370 | (ATF Item #101) |
| ttt) | A Glock 9mm Pistol, S/N BURT113 | (ATF Item #110) |
| uuu) | A Taurus .38 Revolver, S/N ACN735467 | (ATF Item #112) |
| vvv) | A Taurus .38 Revolver, S/N ACM669152 | (ATF Item #114) |
| www) | A Taurus .38 Revolver, S/N ACM687206 | (ATF Item #116) |
| xxx) | A Taurus .38 Revolver, S/N ACN735486 | (ATF Item #118) |
| yyy) | A Taurus .38 Revolver, S/N ACN735462 | (ATF Item #120) |
| zzz) | A Taurus 9mm Pistol, S/N 1KA29133 | (ATF Item #122) |
| aaaa) | A Taurus 9mm Pistol, S/N 1KA20237 | (ATF Item #124) |
| bbbb) | A Taurus 9mm Pistol, S/N 1KA20235 | (ATF Item #126) |
| cccc) | A Taurus 9mm Pistol, S/N 1KA20137 | (ATF Item #128) |
| dddd) | A Taurus 9mm Pistol, S/N 1KA29197 | (ATF Item #130) |
| eeee) | A Taurus 9mm Pistol, S/N 1KA20248 | (ATF Item #133) |
| ffff) | A Taurus 9mm Pistol, S/N 1KA28816 | (ATF Item #135) |
| gggg) | A Taurus 9mm Pistol, S/N 1KA20130 | (ATF Item #137) |
| hhhh) | A Taurus 9mm Pistol, S/N 1KA20133 | (ATF Item #139) |
| iiii) | A Taurus 9mm Pistol, S/N 1KA20229 | (ATF Item #141) |
| jjjj) | A Taurus 9mm Pistol, S/N 1KA20132 | (ATF Item #143) |
| kkkk) | A Taurus 9mm Pistol, S/N 1KA19613 | (ATF Item #145) |
| llll) | A Taurus 9mm Pistol, S/N 1KA20134 | (ATF Item #147) |

| | | |
|---|---|---|
| mmmm) | A Taurus 9mm Pistol, S/N 1KA20129 | (ATF Item #149) |
| nnnn) | A Taurus 9mm Pistol, S/N 1KA19610 | (ATF Item #151) |
| …. | | |
| tttt) | 6 rounds of assorted ammunition | (ATF Item #195) |
| uuuu) | A SCCY Industries 9mm Pistol, S/N 267407 | (ATF Item #212) |
| vvvv) | A SCCY Industries 9mm Pistol, S/N 296493 | (ATF Item #213) |
| wwww) | A SCCY Industries 9mm Pistol, S/N 296546 | (ATF Item #214) |
| xxxx) | A SCCY Industries 9mm Pistol, S/N 296463 | (ATF Item #215) |
| yyyy) | A SCCY Industries 9mm Pistol, S/N 296545 | (ATF Item #216) |
| zzzz) | A SCCY Industries 9mm Pistol, S/N 305936 | (ATF Item #217) |
| aaaaa) | A SCCY Industries 9mm Pistol, S/N 267359 | (ATF Item #218) |
| bbbbb) | A SCCY Industries 9mm Pistol, S/N 267392 | (ATF Item #219) |
| ccccc) | A SCCY Industries 9mm Pistol, S/N 296552 | (ATF Item #220) |
| ddddd) | A SCCY Industries 9mm Pistol, S/N 296496 | (ATF Item #221) |
| eeeee) | A SCCY Industries 9mm Pistol, S/N 305961 | (ATF Item #222) |
| fffff) | A SCCY Industries 9mm Pistol, S/N 305963 | (ATF Item #223) |
| ggggg) | A SCCY Industries 9mm Pistol, S/N 296553 | (ATF Item #224) |
| hhhhh) | A SCCY Industries 9mm Pistol, S/N 296468 | (ATF Item #225) |
| iiiii) | A SCCY Industries 9mm Pistol, S/N 267360 | (ATF Item #226) |
| jjjjj) | A SCCY Industries 9mm Pistol, S/N 267393 | (ATF Item #227) |

Therefore, the United States respectfully notifies the Court that it will not require further judicial forfeiture action or ancillary hearings to accomplish the forfeiture and/or disposal of the above listed property. The United States notes for the Court that it intends to continue to pursue

the judicial forfeiture action as it relates to the remaining assets, and more particularly, the firearms and ammunition identified in the Forfeiture Allegation as Items (a) through (eee) and (oooo) through (ssss).

                                      Respectfully submitted,

                                      KENNETH L. PARKER
                                      United States Attorney

                                      s/Noah R. Litton
                                      NOAH R. LITTON (0090479)
                                      Assistant United States Attorney
                                      Attorney for Plaintiff
                                      303 Marconi Boulevard, Suite 200
                                      Columbus, Ohio 43215
                                      (614) 469-5715
                                      Noah.Litton@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of December 2022, a copy of the foregoing Notice of Completed Forfeiture was electronically filed and served on all attorneys of record using the Court's CM/ECF system.

                                              s/Noah R. Litton
                                              NOAH R. LITTON (0090479)
                                              Assistant United States Attorney