**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | **2:22-cr-098** |
| | : | **JUDGE SARAH D. MORRISON** |
| **v.** | : | |
| | : | |
| **BRIAN R. CUNNINGHAM, et al.** | : | |
| | : | |
| **Defendants.** | : | |

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n), as incorporated by 28 U.S.C. § 2461(c), and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the Preliminary Orders of Forfeiture (Docs. 87 – 91) entered in this case was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on February 9, 2023, and ending on March 10, 2023.  (*See* Exhibit A.)

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of March 2023.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Noah R. Litton
NOAH R. LITTON (0090479)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Noah.Litton@usdoj.gov